IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL FRIDFELDT,

    Defendant.

Case No. 3:01cr84 and 3:03cr30

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF REIMPOSED SUPERVISED RELEASE TO FOLLOW; TERMINATION ENTRY

---

On Thursday, September 6, 2012, the Defendant appeared in open Court and admitted to an allegation set forth against him in a Petition directing him to show cause why his supervised release, a status that began October 29, 2010, should not be revoked. His admission was accepted and the Defendant was found in violation of his supervised release.

Based on the record made in open Court on the aforesaid September 5, 2012, the Defendant's supervised release was revoked in the captioned causes, and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a term of 24 months on each of the two counts of conviction set forth against him in Case No. 3:03cr30 and for a term of 24 months on the sole count of conviction in Case No. 3:01cr84. The two counts in Case No. 3:03cr30 are to be run

concurrently with each other and with the sole count in Case No. 3:01cr84. The aggregate concurrence sentences of 24 months are to run consecutively with the 120-month sentence imposed in Case No. 3:11cr81.

This Court recommends to the Bureau of Prisons that the Defendant receive credit for all allowable presentence jail time and that he be designated to a federal medical center in order that his physical and mental health conditions may be properly evaluated, diagnosed and treated.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 11, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record